# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 19-5957 PVC                                    Date:  March 19, 2020

Title      Barron E. Hopkins v. Andrew Saul


Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge


|  Marlene Ramirez  |  None  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None | None |


**PROCEEDINGS:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSCUTE**


On July 10, 2019, Plaintiff Barron E. Hopkins filed a complaint seeking review of defendant's decision denying disability benefits.  (Dkt. No. 1). On December 10, 2019, defendant filed an answer to the complaint and also filed the Certified Administrative Record. (Dkt. No. 15, 16).  Pursuant to the Court's January 31, 2020, Order Extending Briefing Schedule, Plaintiff was required to file a "Memorandum in Support of Plaintiff's Complaint" by March 13, 2020. (Dkt. No. 19). As of today, Plaintiff has not filed the required memorandum.


Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by filing a "Memorandum in Support of Plaintiff's Complaint."


NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED UNLESS GOOD CAUSE IS SHOWN.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-5957 PVC                    Date:  March 19, 2020

Title      Barron E. Hopkins v. Andrew Saul


    **Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**


IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |